JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY JACKSON, | Case No. CV 22-3903 PA (KES) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| R.C. JOHNSON, et al., | |
| Defendants. | |

In accordance with the Court's August 22, 2022 Minute Order dismissing this action for failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: August 22, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE